United States District Court
Eastern District of New York

Ann Burton,
                    Plaintiff,
          -against-
White Glove Placement, Inc
                    Defendant.



Order to Show Cause
11-CV-4072 (SLT) (LB)

Upon the affidavit of Ann Burton, sworn to on the
_____, 2011, and upon the copy of the com-
plaint hereto attached it is ORDERED, that the above
named defendant show before this Court, at Room _____,
United States Courthouse, _____
on _____, 2011, at ____ o'clock in the
_____ thereof, or as soon thereafter as counsel
may be heard, why an order should not be issued pursuant
to Rule 65 of the Federal Rules of Civil Procedure   to
immediately Cease and Desist death threats and
attempts, unlawful terroristic daily home invasions,
stalking, theft of case documents and personal property,
theft of money, damage to pltfs' property, gaslighting,
counterfeiting plaintiffs handwriting, mail

-1-

and telephone interception, computer hacking, food and water tampering, harassment, and obstruction of justice, and issue an Order of Protection and Restraining Order, and it is further ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon the defendants or their attorney on or before _____, 2011, by _____ _____ and that such service be deemed good and sufficient.

Dated:

_____, 2011.

_____

United States District Judge

-2-

United States District Court
Eastern District of New York


Ann Burton

        Plaintiff,

  - against-

White Glove Placement, Inc
et al

        Defendants.

Memorandum of Law
On Support of Order To
Show Cause For Preliminary
Injunction and Temporary
Restraining Order

11-cv-4072 (SLT) (LB)


State of New York     ) ss.:
County of         )
Ann Burton____, makes the following affirmation
under the penalties of perjury:


I, Ann Burton___, am plaintiff in the above-entitled
action, and respectfully move this Court to issue an
order enjoining defendants White Glove Placement Inc, et al,
to immediately Cease and Desist death threats and
attempts, unlawful terroristic daily home invasions,
stalking, theft of case documents and personal property,
theft of money, damage to plaintiffs' property, gaslight-
ing, counterfeiting plaintiffs' handwriting, mail and
telephone interceptions, computer hacking, food and
water tampering, harassment, and obstruction of

-3-

justice, and Order an Order of Protection and Restraining Order until a final disposition on the merits of the above-entitled action.

I am proceeding by order to show cause, rather than by notice of motion because On August 1, 2011, plaintiff sustained a major injury from tainted tap water at her residence; in addition to harassment at Civil, EDNY and SDNY Courts. Therefore, plaintiff cannot wait the normal time it takes when a notice of motion is filed. Plaintiff fears for her life.

I have made the following attempts to contact my opponents and inform them that I am seeking a temporary restraining order: I have contacted defts and demanded to Cease and Desist a list of unlaw. actions of reprisal against pltf, which evoked no response.

Unless the preliminary injunction and temporary restraining order are issued I will suffer immediate and irreparable injury as shown by the following facts: (1) plaintiff's voice box is damaged by tainted water, Queens Fresh Meadows LLC has failed to change lock, Slomins Security was by passed, auto-mobile vandalism, ineffective Mul-T-Lock, DOH, DEP and Landlord have failed to test pltfs water illegal home invasions are relentless: (2) The harm will not be taken care of adequately by winning

the case in the end; (3) I will most likely win the case
in the end: and (4) the harm to me is more serious than
any harm pltfo' opponent will suffer if the Judge orders
a preliminary injunction to protect pltf.

As can be seen from the foregoing, I have no adequate
remedy at law and am entitled to a temporary restrain-
ing order and preliminary injunction described above,
as well as such other and further relief as may be just
and proper.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on:
November 30, 2011

                                    Ann Burton
                                    ANN BURTON

-5-