ORIGINAL   10-CV-5318; 11-CV-1416; 11-CV-1417;
11-CV-2757; 11-CV-4072; 11-CV-5606
11-CV-7030

U.S. District Court
EDNY
225 Cadman Plz
Brooklyn, NY 11201

January 6, 2012

Pg 1 of five (5)

RE: ALL CASES

Attn: Hon Bloom/Townes/Amon

Pltf is writing to inform the Court of the following:

1) Pltf has not received any correspondence from the Court since the 10/31/11 Deposition.

2) Pltf has not received a response from 11-CV-1417 Defts regarding deposition matters.

3) As far as another one of the Courts threats, in reference to the incompetent Pro Se Clerks, there are many more important matters to address than another one sided trivial melodrama based on <u>hearsay</u>, and unidentified parties allegations.

4) It would behoove the court to examine pltfs complaints for "irregularities," such as:

1) 11-CV-1417 non authentic deposition transcript.
2) 10-CV-5318 Shinseki Summons issue <u>dates</u> as 3/4/11 and 3/16/11.
3) 11-CV-4072 Cause listed as # 42:1983 Prisoner civil rights
4) 10-CV-5318 EX 6 p 10 incorrect
5) 10-CV-5318 EX 12 incomplete p. 17
6) 10-CV-5318 EX 11 incorrect p. 17
7) 10-CV-5318 EX 3 incorrect p. 7
8) 10-CV-5318 EX 5 incorrect p. 8

(1)



RECEIVED JAN 09 2012 PRO SE OFFICE

pg 2 of five(5)

9) 10-CV-5318 EX 6 incorrect p 10

10) 10-CV-5318 EX 11 incorrect p.17

11) 10-CV-5318 EX 12 incorrect p.17

12) 10-CV-5318 incorrect p.35

13) 11-CV-1417 26 no mail return envelop docketed

14) 10-CV-5318 p 9 and p 10 Claims + Statement of Claims

15) 10-CV-5318 22 Extension requested + allegedly served 6/29/11

16) 11-CV-1417 30 Pltf submitted numerous objections, answers, + confidential agreements which evoked no response.

17) 11-CV-1417 31 And vice versa.

18) 11-CV-2030 p 3 Order Sentence 1: "... the complaint is not exactly the same..." Sentence 2: "... the issue is whether the two actions involved the same subject."

19) 11-CV-1417 9/2/11 Pltf faxed addendum to Kantor/Defts. "Pltf will not be held responsible for documents which are no longer confidential." Which evoked no response.

20) 11-CV-1417 6/30/11 Date of written death threat. Defts failed to comply with Court order to produce pltfs personnel records - to this date, and the Court said and did nothing.

21) Mr Vega and his supervisor provided conflicting Appellate location/address information.

22) Pltf presented CVA to Mike, which was untimely filed

23) Pltf presented Summons correction to Mr Hue, which was not filed. (Martha Berrakin).

(2)

p3 of (one 5)

24) 11-CV-1417  <u>46</u>, <u>49</u> + <u>62</u>

25) Pltf cannot respond to Orders, Memos or any correspondence which is not docketed or docketed untimely or not received. Per FRCP 5.1(d); FRCP 46

26) 11-CV-1417 <u>49</u>  Per what Law/Rule are Pro Se Litigants held to attorney standards?  FRCP 8(a)

27) 11-CV-4072  Pltf is not in receipt of defts response to correspondence.

28) 11-CV-1417; 11-CV-1416; 10-CV-5318, 11-CV-4072, 11-CV-2757 11-CV-5606 Pltf Objects to MJ Bloom's biased Order dated 12/21/11 based on hearsay. Innocent until <u>PROVEN</u> guilty??

29) 11-CV-4072  <u>14</u>  Pltfs objection dated 11/4/11 entered Seventeen (17) days later 11/28/11.

The aforementioned "irregularities" are just the tip of the iceberg. There are many more.

Pltf requests additional time to respond to the non docketed and non receipt of 11-CV-5606 because the Court has addressed 13 complaints to Pltf, which four complaints have been pending since on or about April <u>2010</u>; non receipt of Orders - repeatedly; no legal reason or rule for dismissal Ordered on pg 1; Officer #6925 and Major Lowe her supervisor refused to identify #6925 by name - Pltf moves the Court to Order release of #6925 identity as well as Officer John Doe, which are records

(3)

pltf is not privy to.                                    P4 of five (5)

P3 3rd paragraph: pltf did not "vouchered" the property. Pltf <u>attempted</u>/<u>tried</u> to document the sharpie marker, which was trashed by Officer Lowe = <u>attempted</u> to <u>vouch</u>. The sharpie was not <u>vouchered</u> because Officer Daly/Lt Daly <u>refused</u> to permit pltf to document the sharpie on the voucher/property form.

Pltf Objects to Order because it is misconstruing pltfs complaint and fails to do justice. In addition all of pltfs complaints are plagued by "non delivery" of mail, and "untimely" and/or omitted from the docket sheets.

Pltf submits a temporary mailing address: General Delivery, 46-02 21st STREET, L.I.C. N.Y. 11101 effective immediately.

Pltf requests to submit <u>ALL</u> documents to Judge Towns, Amon or Bloom, because case fraud is rampant in this Court, beyond a reasonable doubt.

Pltf would like to know what the Court intends to do about the ongoing counterfeiting of pltfs cases since filing which has evoked no response.

(4)

Pltf requests for a conference regarding 10-cv-5318 Interrogatories requests, which are vexatious, too broad, vague and can be obtained by many other means, which are of no expense to the defts.

In addition the DVA agents have stolen everything that they need. Pltf is not able to reprint any documents or media. However, pltf will make it available to be viewed in her presence.

In addition to the theft of documents from pltfs home, documentary evidence was also stolen from her civil action, which hinders the exercise of her Constitutional Rights.

Pltf is confused by defts "Initial Disclosure" as to whether it is a request or a response? Eg p2 "All contacts with these individuals must be made through the undersigned counsel."

Pltf has not received a notice of counsel for anyone except Eric Shmukin. For the aforementioned reasons pltf objects to defts ambiguous correspondence.

Ayn Bintu Pov Se
46-02 21st St
L.I.C NY 11101

Dated:
January 6, 2012

(5)