UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANN BURTON,

                      Plaintiff,

   -against-

WHITE GLOVE PLACEMENT, INC., LISA DOE,
FAIGY FRIEDMAN, YENI DOE, MAGDELINE DOE,
and SIMI DOE,

                      Defendants.
----------------------------------------------------------------X

JUDGMENT
11-CV- 4072 (SLT)

        A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on July 31, 2012, granting Defendants' motion to dismiss; dismissing the action with prejudice; and directing the Clerk of Court to enter judgment in favor of Defendants White Glove Placement, Inc., Lisa Rubin and Simi Stein; it is

        ORDERED, ADJUDGED AND DECREED that Defendants' motion to dismiss is granted; that the action is dismissed with prejudice; and that judgment is hereby entered in favor of Defendant White Glove Placement, Inc., Lisa Rubin and Simi Stein and against Plaintiff Ann Burton.

Dated: Brooklyn, New York
        July 31, 2012

Douglas C. Palmer
Clerk of Court

Michele Gapinski
Chief Deputy for
Court Operations