December 18, 2012

U.S. Dist CT EDNY
225 Cadman Plz E.
Brooklyn, NY

ATTN: Pro Se Ofc.
RE: ANN BURTON A/K/A
    FAIZAH X
    COA + Case Status

To whom it may concern:

Please forward case status for ALL of my cases 10-CV-5318 and 12, to temp mailing address:

2214 S. Rio Grande Ave #348
Orlando Fla 32805.

Thank you

[signature]

CHANGE OF ADDRESS:
11-CV-5606 (SLT)(LB)     11-CV-4071      "     "
11-CV-5345    "     "    11-CV-2757      "     "
11-CV-4274    "     "    11-CV-2030      "     "
11-CV-4218    "     "    11-CV-1649      "     "
11-CV-4074    "     "    11-CV-1417      "     "
11-CV-4072    "     "    11-CV-1416      "     "
                         10-CV-5318      "     "

2745 S. Rio Grande Ave
#318
Orlando, FL 32805

ORLANDO FL 328
18 DEC 12 PM 9 L

mailed
12/18/12

U.S. DIST CT EDNY
225 Cadman Plaza E,
Brooklyn, NY 11201

Attn: Pro Se Ofc

11201-1832